# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

130001

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHEPLER'S INC., d/b/a SHEPLER'S
MACKINAC ISLAND FREIGHT,
       Plaintiff-Appellant,

v

                                       SC: 130001
                                       COA: 263151

CITY OF MACKINAC ISLAND,
       Defendant-Appellee.
                                       Mackinac CC: 04-005918-CZ

_____/

       On order of the Court, the application for leave to appeal the October 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

s0221